AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

800 SOUTHERN AVENUE
APARTMENT #231
WASHINGTON, DC 20032


FILED
OCT 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 05 - 0542M - 01

(Further described below)

I   CINDY BUSKEY   being duly sworn depose and say:

I am a(n)  Special Agent with the Drug Enforcement Administration   and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
THE PREMISES LOCATED AT 800 SOUTHERN AVENUE APT. # 231 WASHINGTON, DC 20032 DESCRIBED AS A MULTI-FAMILY APARTMENT BUILDING CONSTRUCTED OF BRICK. THE FRONT DOOR OF THE BUILDING IS GLASS AND THE NUMBERS "800" APPEAR IN GOLD ON A BLACK BACKGROUND ABOVE THE FRONT ENTRANCE DOOR OF THE BUILDING. THE ENTRANCE OF APT. #231 IS DESCRIBED AS A BLUE DOOR WITH A PEEP HOLE AND THE NOS. "231" APPEAR WRITTEN IN OFF-WHITE ON A BROWN PLACARD AFFIXED TO A BROWN RECTANGULAR KNOCKER.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
CRACK COCAINE, ANY AND ALL CONTROLLED DANGEROUS SUBSTANCES, DRUG PARAPHERNALIA, ALL PROCEEDS FROM THE SALE OF CONTROLLED SUBSTANCES, FIREARMS, DOCUMENTS RELATING TO THE ACQUISITION, POSSESSION OR DISTRIBUTION OF ILLEGAL ACTIVITIES DESCRIBED IN DETAIL IN ATTACHMENT A.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
OBTAINED FROM A CONFIDENTIAL SOURCE THE ILLEGAL DISTRIBUTION OF CRACK COCAINE.

concerning a violation of Title  21  United States Code, Section(s)  § 841 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

ANN PETALAS
NARCOTICS/ROOM 4211
(202) 70476

X _____
Signature of Affiant
CINDY BUSKEY, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

OCT 20 2005
Date    DEBORAH A. ROBINSON
        U.S. MAGISTRATE JUDGE

at Washington, D.C.

Name and Title of Judicial Officer
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Signature of Judicial Officer